IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE S. FOLAU, et al.,

        Plaintiffs,                          No. CIV S-11-1248 JAM GGH PS

        vs.

U.S. BANK, N.A., et al.,

        Defendants.                        <u>ORDER</u>

_____/

        Defendants' motion to dismiss or for a more definite statement presently is calendared for hearing on June 16, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The June 16, 2011 hearing on the motion to dismiss, filed May 16, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: June 10, 2011                 /s/ Gregory G. Hollows

                                          U. S. MAGISTRATE JUDGE

GGH:076:Folau1248.vac.wpd